NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Shannon Z. Petersen (CBN 211426); Lisa Yun Pruitt (CBN 280812)
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, CA  92101
Telephone 619-338-6500
Facsimile - 619-234-3815
spetersen@sheppardmullin.com; lyun@sheppardmullin.com
ATTORNEY(S) FOR: Defendant Fight For The Future, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES SERRANO, <br><br> Plaintiff(s), <br><br> v. <br><br> FIGHT FOR THE FUTURE, INC., et al. <br><br> Defendant(s) | CASE NUMBER: <br> 2:20-cv-08386-RGK (MAA) <br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Fight For The Future, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Moises Serrano | Plaintiff |
| Fight For The Future, Inc. | Defendant |
| Fight For The Future Education Fund | Affiliate of Defendant |

October 16, 2020                   /s/ Lisa Yun Pruitt
Date                               Signature
                                   Lisa Yun Pruitt

                                   Attorney of record for (or name of party appearing in pro per):

                                   Defendant Fight For The Future, Inc.

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES

